**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

**(Revised 09/19)**

LAVITA MAHAN :
Plaintiff, : Case No.: 2:24-cv-003834

-vs- : District Judge Morrison
Magistrate Judge Vascura
LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON :
Defendant,

**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** Robert E. DeRose (Name of Trial Attorney), trial attorney for Lavita Mahan (Name of Party), in the above-referenced action, hereby moves the court to admit Britney Heath McDonald (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Lavita Mahan (Name of Party).

Movant represents that Britney Heath McDonald (Name of PHV Attorney) is a member in good standing of the highest court of Texas (Name of State) as attested by the accompanying certificate from that court and that Britney Heath McDonald (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Britney Heath McDonald 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (713) 228-8888 Business fax (713) 225-0940

Business address 403 Heights Blvd., Houston, TX 77007

Business e-mail address Britney@MarcWhitehead.com

/s/ Robert E. DeRose
(Signature of Trial Attorney)
4200 Regent St., Suite 125
(Address)
Columbus, OH 43219
(City, State, Zip Code)
(614) 221-4221
(Telephone Number)

Trial Attorney for Lavita Mahan
(Name of Party)

**(Please attach required Certificate of Service)**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Motion for Admission Pro Hac Vice* will be served upon all Defendants via the Court's ECF system.

/s/ Robert E. DeRose_______________
Robert E. DeRose

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Britney Anne Heath McDonald**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2012.

I further certify that the records of this office show that, as of this date

**Britney Anne Heath McDonald**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 12th day of August, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6856C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.