**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Lativa Mahan,

Plaintiff(s),

v.

Lincoln Life Assurance Company of Boston,

Defendant(s).

Case No. 2:24-cv-3834

JUDGE MORRISON

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on August 19, 2024. A copy of the Summons and Complaint were sent by certified mail to the following location(s):

Lincoln Life Assurance Company of Boston
c/o CT Corporation
4400 Easton Commons, Suite 125
Columbus, OH 43219
(7016 0600 0001 0283 1193)

**RICHARD W. NAGEL, CLERK**

Kristen Keppler, Deputy Clerk