**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lincoln Life Assurance Co. of Bstn
c/o CT Corp
4400 Easton Commons, Ste 125
Columbus, Ohio 43219

9590 9402 5085 9092 1738 18

2. Article Number *(Transfer from service label)*

7016 0600 0001 0283 1193

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X [signature]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* Daniel D. Kelley

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
RICHARD W. NAGEL
CLERK OF COURT
AUG 26 2024 3:00
U.S. DISTRICT COURT
SOUTHERN
OF OHIO-C

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 5085 9092 1738 18

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
U.S. District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Blvd., Suite 121
Columbus, OH 43215

2:24-cv-003834 SDM

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70160600000102831193

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was picked up at a postal facility at 1:17 pm on August 20, 2024 in COLUMBUS, OH 43224.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

COLUMBUS, OH 43224
August 20, 2024, 1:17 pm

**Out for Delivery**

COLUMBUS, OH 43219
August 20, 2024, 6:57 am

**Arrived at Post Office**

COLUMBUS, OH 43224
August 20, 2024, 6:46 am

**Arrived at USPS Regional Facility**

COLUMBUS OH DISTRIBUTION CENTER
August 19, 2024, 11:05 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback