**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LATIVA MAHAN,**

**Plaintiff,**

**v.**

**Civil Action 2:24-cv-3834**
**Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

**SHOW CAUSE ORDER**

The docket reflects that Defendant was served with the summons and Complaint on August 20, 2024, making its answer due on September 10, 2024. (ECF No. 6.) To date, Defendant has not filed an answer or other responsive pleading. Nor has Plaintiff applied for and obtained an entry of default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a). Pursuant to Local Civil Rule 55.1(a), Plaintiff is **ORDERED** to **SHOW CAUSE** why this action should not be dismissed for want of prosecution **WITHIN FOURTEEN (14) DAYS** of the date of this Order unless Plaintiff has applied for an entry of default against Defendant from the Clerk in the interim. Plaintiff must support any good cause showing with sworn affidavits or unsworn declarations in compliance with 28 U.S.C. § 1746. Plaintiff's failure to show cause may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE