**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| LATIVA MAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:24-cv-003834 |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MEMORANDUM TO THE CLERK OF COURT**

Plaintiff, LAVITA MAHAN, requests an issuance of summons for the following:

The Lincoln Life Assurance Company of Boston
C/O Corporation Service Company
1160 Dublin Road
Suite 400
Columbus, OH 43215

As Plaintiff received notice from Defendant that CT Corporation is not the registered agent for the Defendant, Plaintiff requests that the summons be reissued to reflect the appropriate registered agent.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, LLP

By: /s/ Britney McDonald

Britney McDonald
Tex. Bar No. 24083158
Fed I.D. No. 2621983
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 855-842-8260
ATTORNEY-IN-CHARGE
FOR PLAINTIFF, **LAVITA MAHAN**