**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| LATIVA MAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:24-cv-003834 |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

PLAINTIFF requests the Court to allow Plaintiff to show cause as set forth in its Order to Show Cause [ECF Doc. 7]. Plaintiff further requests that the Court allow Plaintiff to continue litigating this case. In filing this Response, Plaintiff asks the Court to allow this filing to serve as timely response to its Order to Show Cause.

Plaintiff originally listed Defendant's registered agent as CT Corporation, 4400 Easton Commons, Suite 125, Columbus, OH 43219.

Proof of Service was filed by the clerk of Court on August 26, 2024, (ECF Doc. 6).

However, on November 12, 2024, Defendant notified Plaintiff that the registered agent was incorrect.

Plaintiff then requested issuance for another summons that properly named the correct registered agent (ECF Doc. 8) as Corporation Service Company, 1160 Dublin Road, Suite 400, Columbus, OH 43215. Plaintiff also described this in its memorandum to the Clerk of Court on November 21, 2024, (ECF Doc. 9) and the Clerk of Court issued the summons on November 22, 2024, (ECF Doc. 10).

As of November 26, 2024, the Plaintiff has mailed the issued summons back to the clerk for service.

Plaintiff respectfully requests that the Court allows the Plaintiff to continue representing this case, and not punish Plaintiff for a mistake made by Plaintiff's counsel.

Respectfully submitted,
MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: /s/ Britney McDonald___________
Britney McDonald
Tex. Bar No. 24082158
Fed. I.D. No. 2621983
Britney@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
LATIVA MAHAN

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2024, I electronically filed the foregoing document with the clerk of the court for the Southern District of Ohio, using the electronic case filing system of the court. The electronic case filing system sent a "notice of Electronic Filing" to all attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means.

/s/ Britney McDonald
Britney McDonald