**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Lativa Mahan,

Plaintiff(s),

v.

Lincoln Life Assurance Company of Boston,

Defendant(s).

Case No. 2:24-cv-3834

CHIEF JUDGE MORRISON

## CERTIFICATE OF MAILING BY CLERK

**Certified mail service** has been done by the Clerk, U.S. District Court on December 6, 2024. A copy of the Alias Summons and Complaint were sent by certified mail to the following location(s):

Lincoln Life Assurance Co. of Boston
c/o Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, OH 43215
(7021 2720 0001 7735 5531)

**RICHARD W. NAGEL, CLERK**

Kristen Keppler, Deputy Clerk