AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

LAVITA MAHAN

*Plaintiff(s)*

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

*Defendant(s)*

Civil Action No. 2:24-cv-3834

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln Life Assurance Company of Boston
C/O Corporation Service Company
1160 Dublin Road
Suite 400
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Britney McDonald
Marc Whitehead & Associates
403 Heights Boulevard
Houston, Texas 77007
713-228-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/22/2024

Mary V. Edwards

*Signature of Clerk or Deputy Clerk*



Civil Action No. 2:24-cv-3834

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Lincoln Life Assurance Company of Boston
was received by me on *(date)* 12/06/2024 .

❒ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

☑ Other *(specify)*: summons & complaint served by certified mail on 12/10/2024 (7021 2720 0001 7735 5531) .

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/13/2024

[signature]
*Server's signature*

Kristen Keppler, Deputy Clerk
*Printed name and title*

Joseph P Kinneary US Courthouse
85 Marconi Blvd, Room 121
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc: