SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Lincoln Life Assurance Co. of Boston
C/O Corporation Service Company
1160 Dublin Road
Suite 400
Columbus, OH 43215

9590 9402 8487 3186 1237 46

2. Article Number *(Transfer from service label)*

7021 2720 0001 7735 5531

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X RECEIVED Corporation Service Company

☒ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

DEC 1 0 2024

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

By
Amy E. Kuhlman
Agent

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

24-3834 SDM

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

COLUMBUS OH 430
11 DEC 2024 PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 8487 3186 1237 46

United States
Postal Service

FILED
RICHARD W. NAGEL
CLERK OF COURT

DEC 13 2024 11:50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
COLUMBUS

• Sender: Please print your name, address, and ZIP+4® in this box•

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Room 121
85 Marconi Boulevard
Columbus, Ohio 43215