**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| LATIVA MAHAN, | : | CIVIL ACTION NO. 2:24-cv-003834 |
| Plaintiff, | : | |
| v. | : | JUDGE SARAH D. MORRISON |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | : | |
| Defendant. | : | MAGISTRATE JUDGE CHELSEY M. VASCURA |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

PLEASE TAKE NOTICE THAT Anna R. Caplan, Esq., of the law firm Barkan Meizlish DeRose Cox, LLP, located at 4200 Regent Street, Suite 210, Columbus, Ohio 43219, respectfully enters her appearance as additional counsel for Plaintiffs in this action.

Dated: December 16, 2024

Respectfully submitted,

**BARKAN MEIZLISH DEROSE COX, LLP**

*/s/ Anna R. Caplan*
Anna R. Caplan, Esq. (OH Bar No. 0104562)
Robert E. DeRose (OH Bar No. 0055214)
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
acaplan@barkanmeizlish.com
bderose@barkanmeizlish.com

**MARC WHITEHAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.**

Britney McDonald (admitted *pro hac vice*)
(Tex. Bar No. 24082158)
Federal I.D. No. 2621983
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 714-225-0940
britney@marcwhitehead.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, the foregoing Notice of Appearance of Counsel has been served on all Defendants via the Court's e-filing system.

*/s/* Anna R. Caplan
Anna R. Caplan (0104562)