**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

**(Revised 09/19)**

LATIVA MAHAN,
Plaintiff, : Case No.: 2:24-CV-003834

-vs- : District Judge Morrison
LINCOLN LIFE ASSURANCE Magistrate Judge Vascura
COMPANY OF BOSTON, :
Defendant,

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** David A. Riepenhoff (Name of Trial Attorney), trial attorney for Defendant (Name of Party), in the above-referenced action, hereby moves the court to admit Iwana Rademaekers (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendant (Name of Party).

Movant represents that Iwana Rademaekers (Name of PHV Attorney) is a member in good standing of the highest court of Texas (Name of State) as attested by the accompanying certificate from that court and that Iwana Rademaekers (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Iwana Rademaekers 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (214) 579-9319 Business fax (469) 444-6456

Business address 17304 Preston Road, Suite 550

Dallas, Texas 75252

Business e-mail address iwana@rademaekerslaw.com

/s/ David A. Riepenhoff (0075089)
(Signature of Trial Attorney)
7775 Walton Parkway, Suite 200
(Address)
New Albany, Ohio 43054
(City, State, Zip Code)
Telephone: (614) 221-1216
(Telephone Number)

Trial Attorney for Lincoln Life Assurance Company of Boston
(Name of Party)

**CERTIFICATE OF SERVICE**

I certify that on December 27th 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert E. DeRose
Email: bderose@barkanmeizlish.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

/s/ David A. Riepenhoff
David A. Riepenhoff
FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP
*TRIAL ATTORNEY FOR DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON*