THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LATIVA MAHAN | Case No. 2:24-CV-003834 |
| v. | Judge: Sarah D. Morrison |
| LINCOLN LIFE ASSUR CO. OF BOST | Corporate Disclosure Statement |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant, Lincoln Life Assurance Company of Boston.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

✓ YES ___ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
Lincoln Life Assurance Co. of Boston merged with and is now known as The Lincoln National Life Ins. Co., which is a wholly-owned subsidiary of Lincoln National Corp.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

✓ YES ___ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.
Lincoln National Corporation is a publicly traded (NYSE), ticker symbol "LNC."

s/ David A. Riepenhoff
Signature of Counsel

12/27/2024
Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT**