**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LATIVA MAHAN,**

**Plaintiff,**

**v.**

**Case No. 2:24-cv-3834**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendants.**

# ORDER

The undersigned hereby recuses herself from the above-entitled case. The Clerk is **DIRECTED** to redraw the case for random assignment to another Untied States Magistrate Judge.

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
**CHELSEY M. VASCURA**
**UNITED STATES MAGISTRATE JUDGE**