**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LATIVA MAHAN,**

**Plaintiff,**

**v.**

**Civil Action 2:24-cv-3834**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant,**

# SCHEDULING ORDER

Based upon the Parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the Court **VACATES** the Preliminary Pretrial Conference set for January 30, 2025, and **ADOPTS** the following schedule:

## INITIAL DISCLOSURES

This proceeding is exempt from initial disclosures under Rule 26(a)(1)(B).

## VENUE AND JURISDICTION

There are no contested issues related to venue or jurisdiction at this time.

## PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by February 7, 2025.

## ISSUES

Plaintiff seeks payment of long-term disability benefits under an ERISA-governed employee welfare benefit plan insured by Defendant. Plaintiff brings his claim under ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B). There is no jury demand.

DISCOVERY PROCEDURES

No discovery is anticipated at this time. The Defendant will produce a copy of the administrative record to the Plaintiff by March 3, 2025. Defendant will file the administrative record with the court by May 30, 2025.

DISPOSITIVE MOTIONS

Plaintiff's Motion for Judgment on Administrative Record due by May 29, 2025.
Defendant's Motion for Judgment on Administrative Record due by June 26, 2025.
Plaintiff's Response in Opposition Due by July 24, 2025.
Defendant's Response in Opposition Due by August 7, 2025.

SETTLEMENT

Plaintiff will make a settlement demand by February 25, 2025. Defendants will respond by March 11, 2025. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator for a settlement conference in April 2025. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the parties' agreements, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

IT IS SO ORDERED.

Date: January 13, 2025

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE