**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LATIVA MAHAN,**

**Plaintiff,**

**v.**

**Civil Action 2:24-cv-3834**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant,**

## ORDER

Under Local Rule 83.4(a), parties "must be represented at all times by a 'Trial Attorney' who is a permanent member in good standing of the bar of this Court. Each filing made on behalf of such parties shall identify and be signed by the Trial Attorney . . . . Admission *pro hac vice* does not entitle an attorney to appear as a party's Trial Attorney, but the Court may, in its discretion and upon motion that shows good cause, permit an attorney who has been so admitted to act as the Trial Attorney."

Several of Plaintiff's recent filings have been signed by counsel of record Britney Anne Heath McDonald. (*See, e.g.*, Docs. 11, 25). Ms. McDonald was admitted *pro hac vice* in this matter. (Docs. 2, 4). However, Plaintiff has not requested, nor has the Court permitted, Ms. McDonald to act as Trial Attorney. Absent an order granting such a motion showing good cause, all filings made on behalf of Plaintiff should bear the signature of trial attorney Robert E. DeRose.

IT IS SO ORDERED.

Date: January 17, 2025

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE