**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2:23-cv-0563
2:23-cv-1479
2:23-cv-2143
2:23-cv-3174
2:23-cv-4015
2:23-cv-4050
2:23-cv-4189
2:24-cv-0453
2:24-cv-1069
2:24-cv-1150
2:24-cv-1302
2:24-cv-1543
2:24-cv-1646
2:24-cv-2027
2:24-cv-2033
2:24-cv-2449
2:24-cv-2912
2:24-cv-3238
2:24-cv-3679
2:24-cv-3682
2:24-cv-3750
2:24-cv-3759
2:24-cv-3769
2:24-cv-3814
2:24-cv-3833
2:24-cv-3834
2:24-cv-3838
2:24-cv-3865
2:24-cv-3944
2:24-cv-3999
2:24-cv-4074
2:24-cv-4128

## NOTICE

Each of the above-listed cases has previously been identified as ready for a mediation conference in **April 2025**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on March 3, 2025** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio