**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

LAVITA MAHAN,

**Plaintiff(s),**

**vs.**

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

**Defendant(s).**

**Case No.** 2:24-cv-03834

**Judge:** Sarah D. Morrison
**Magistrate Judge:** Kimberly A. Jolson

## NOTICE SETTING MEDIATION

[ X ] **TAKE NOTICE** that a proceeding in this case has been set for a Settlement Conference for the place, date, and time set forth below:

Place: Via Zoom Video Conference

Date: April 15, 2025 at 1:00 p.m. EDT

Unless otherwise **ORDERED** either by the Court, on its own motion or at the request of the parties, the rules for mediation are:

1. **Each party** and the **trial attorney** must **attend**.
2. Plaintiff will tender to defendants and the mediator a fully documented settlement demand by April 1, 2025.
3. Defendants will tender to plaintiff and to the mediator a fully documented response by April 5, 2025.
4. All settlement discussions shall be subject to Federal Evidence Rule 408.

Date: March 13, 2025

Rebecca C. Kells
Mediator