**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO EASTERN DIVISION**

**LATIVA MAHAN,**

**Plaintiff,**

**v.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

**Civil Action 2:24-cv-03834-SDM-KAJ**

**Chief Judge Sarah D. Morrison**

**Magistrate Judge Jolson**

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Lavita Mahan and Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 2nd day of May 2025.

Respectfully submitted,

By: /s/ Britney Anne Heath McDonald (w/permission)
Britney Anne Heath McDonald (Texas No. 24083158)
(Admitted *Pro Hac Vice*)
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, Texas 77007
PH: (713) 228-8888
Email: britney@marcwhitehead.com

- and –

/s/ Robert E. DeRose
Robert E. DeRose (Ohio Bar No. 0055214)
BARKAN MEIZLISH DEROSE COX, LLP
4200 Regent Street, Suite 210
Columbus, OH 43219
Telephone: 614-221-4221
Facsimile: 614-744-2300
Email: bderose@barkanmeizlish.com
TRIAL ATTORNEY FOR PLAINITFF LAVITA MAHAN

**- AND -**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Id. No. 16452560)
(Admitted *Pro Hac Vice*)
**Law Offices of Iwana Rademaekers, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
Email: iwana@rademaekerslaw.com

- and –

/s/ David A. Riepenhoff
David A. Riepenhoff (0075089)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
Telephone: (614) 221-1216
Facsimile: (614) 221-8769
Email: driepenhoff@fisheldowney.com
TRIAL ATTORNEY FOR DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON